DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. MOORE

No. 192 PC.

Case below: 26 N.C. App. 193.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. NEWCOMB

No. 44 PC.

Case below: 26 N.C. App. 595.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.

STATE v. NORRIS

No. 191 PC.

Case below: 26 N.C. App. 259.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

STATE v. PERRY

No. 42.

Case below: 26 N.C. App. 185.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

STATE v. PUGH

No. 8 PC.

Case below: 26 N.C. App. 534.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.